**FILED**
**JAN 0 9 2023**
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CARLOS JAMES,<br>    a/k/a "Los" a/k/a "Lo"<br>    a/k/a "Birdman";<br>SAMUEL BROOKS,<br>    a/k/a "Sam" a/k/a "Sammy";<br>DONALD WILLIAMS,<br>    a/k/a "Trump";<br>DAVID LAMB,<br>    a/k/a "Little Dave";<br>FELICIA SINGLETON,<br>    a/k/a "C" a/k/a "CC";<br>THOMAS BIRT,<br>    a/k/a "Tommy";<br>AVIS KNIGHT; and<br>HAYDEE GLENDA CANO | Case No. 22 CR 516<br><br>Violations: Title 21, United States Code, Sections 841(a)(1) and 846; and Title 18, United States Code, Section 922(g)(1)<br><br><br>22cr516<br>Judge John F. Kness<br>Magistrate Judge Beth W. Jantz<br>cat 1 |

## COUNT ONE

The SPECIAL MAY 2022 GRAND JURY charges:

1. Beginning no later than on or about April 7, 2021, and continuing until on or about October 19, 2022 at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

CARLOS JAMES,
a/k/a "Los" a/k/a "Lo" a/k/a "Birdman";
SAMUEL BROOKS,
a/k/a "Sam" a/k/a "Sammy";
DAVID LAMB,
a/k/a "Little Dave";
FELICIA SINGLETON,
a/k/a "C" a/k/a "CC";
THOMAS BIRT,
a/k/a "Tommy";

AVIS KNIGHT; and
HAYDEE GLENDA CANO,

defendants herein, did conspire with each other and with others known and unknown to the Grand Jury, to knowingly and intentionally possess with intent to distribute and distribute a controlled substance, namely, a quantity of a mixture and substance containing a detectable amount of fentanyl (N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide), a Schedule II Controlled Substance; a quantity of a mixture and substance containing a detectable amount of heroin, a Schedule I Controlled Substance; and a quantity of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1);

In violation of Title 21, United States Code, Section 846.

2. With respect to CARLOS JAMES and SAMUEL BROOKS, the offense involved 400 grams or more of a mixture and substance containing a detectable amount of fentanyl (N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide), a Schedule II Controlled Substance, and one kilogram or more of a mixture and substance containing a detectable amount of heroin, a Schedule I Controlled Substance.

## COUNT TWO

The SPECIAL MAY 2022 GRAND JURY further charges:

On or about September 16, 2021, at Chicago, in the Northern District of Illinois, Eastern Division,

THOMAS BIRT,
a/k/a "Tommy",

did knowingly and intentionally distribute a controlled substance, namely, a quantity of a mixture and substance containing a detectable amount of fentanyl (N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide), a Schedule II Controlled Substance; a quantity of a mixture and substance containing a detectable amount of heroin, a Schedule I Controlled Substance; and a quantity of a mixture and substance containing a detectable amount of cocaine base, a Schedule II Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNTS THREE AND FOUR

The SPECIAL MAY 2022 GRAND JURY further charges:

On or about the dates listed below, at Chicago, in the Northern District of Illinois, Eastern Division,

SAMUEL BROOKS,
a/k/a "Sam" a/k/a "Sammy",

defendant herein, did knowingly and intentionally distribute a controlled substance, namely, a quantity of a mixture and substance containing a detectable amount of fentanyl (N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide), a Schedule II Controlled Substance; and a quantity of a mixture and substance containing a detectable amount of heroin, a Schedule I Controlled Substance, each such instance being a separate Count of this Indictment:

| COUNT | DATE |
|---|---|
| 3 | November 9, 2021 |
| 4 | January 4, 2022 |

4

## COUNT FIVE

The SPECIAL MAY 2022 GRAND JURY further charges:

On or about February 7, 2022, at Chicago, in the Northern District of Illinois, Eastern Division,

CARLOS JAMES,
a/k/a "Los," a/k/a "Los" a/k/a "Birdman"; and
SAMUEL BROOKS,
a/k/a "Sam" or "Sammy",

defendants herein, did knowingly and intentionally distribute a controlled substance, namely, a quantity of a mixture and substance containing a detectable amount of fentanyl (N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide), a Schedule II Controlled Substance; and a quantity of a mixture and substance containing a detectable amount of heroin, a Schedule I Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## COUNT SIX

The SPECIAL MAY 2022 GRAND JURY further charges:

On or about August 31, 2022, at Chicago, in the Northern District of Illinois, Eastern Division,

SAMUEL BROOKS,
a/k/a "Sam" or "Sammy",

defendant herein, knowing that he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess, in and affecting interstate and foreign commerce, a firearm, namely, a loaded Glock Model 22, .40 caliber semi-automatic pistol bearing serial number AARN333, a loaded Smith & Wesson Model 27, .357 magnum revolver bearing serial number BET9680, a loaded Smith & Wesson Model 33, .38 caliber revolver bearing serial number 37894, and a loaded Harrington and Richardson Model 733, .32 caliber revolver bearing serial number AG1298, which firearm had traveled in interstate and foreign commerce prior to the defendant's possession of the firearm;

In violation of Title 18, United States Code, Section 922(g)(1).

## COUNT SEVEN

The SPECIAL MAY 2022 GRAND JURY further charges:

On or about October 18, 2022, at Chicago, in the Northern District of Illinois, Eastern Division,

> DONALD WILLIAMS,
> a/k/a "Trump",

defendant herein, knowing that he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess, in and affecting interstate and foreign commerce, a firearm, namely, a loaded Springfield Armory Model XD9, 9 millimeter semi-automatic pistol, bearing serial number MG439558, which firearm had traveled in interstate and foreign commerce prior to the defendant's possession of the firearm;

In violation of Title 18, United States Code, Section 922(g)(1).

## COUNT EIGHT

The SPECIAL MAY 2022 GRAND JURY further charges:

On or about October 18, 2022, at Chicago, in the Northern District of Illinois, Eastern Division,

CARLOS JAMES,
a/k/a "Los" a/k/a "Lo" a/k/a "Birdman",

defendant herein, knowing that he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess, in and affecting interstate and foreign commerce, a firearm, namely, a loaded Smith & Wesson Model M&P9, 9 millimeter semi-automatic pistol, bearing serial number HKF0437, a loaded Imez Model IJ70-18A, 9 millimeter semi-automatic pistol, bearing serial number J051952, and a loaded Smith & Wesson Model M&P 40 Shield, .40 semi-automatic pistol, bearing serial number HLF3417, which firearm had traveled in interstate and foreign commerce prior to the defendant's possession of the firearm;

In violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

The SPECIAL MAY 2022 GRAND JURY further alleges:

1. Upon conviction of an offense in violation of Title 21, United States Code, Sections 841 and 846, as set forth in this Indictment, defendant shall forfeit to the United States of America any property which constitutes and is derived from proceeds obtained, directly and indirectly, as a result of the offense; and any property used, and intended to be used, in any manner and part, to commit and facilitate commission of the offense, as provided in Title 21, United States Code, Sections 853(a).

2. Upon conviction of an offense in violation of Title 18, United States Code, Section 922(g), as set forth in this Indictment, defendant shall forfeit to the United States of America any firearms and ammunition involved in and used in the offense, as provided in Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

3. The property to be forfeited includes, but is not limited to:

    a. a 2018 silver Volvo with Illinois license plate number DF23860 and bearing VIN number LYV402TK9JB173501.

    b. approximately $12,572 in United States currency seized from 1700 North Mango Avenue, Basement Unit, in Chicago on or about August 31, 2022.

    c. approximately $28,171 in United States currency seized from 1644 North Mayfield Avenue, Unit 2, in Chicago on or about October 18, 2022.

3. The property to be forfeited includes, but is not limited to:

    a. a Glock Model 22, .40 caliber semi-automatic pistol bearing serial

number AARN333, and associated ammunition.

      b.    a Smith & Wesson Model 27, .357 magnum revolver bearing serial number BET9680, and associated ammunition.

      c.    a Smith & Wesson Model 33, .38 caliber revolver bearing serial number 37894, and associated ammunition.

      d.    a Harrington and Richardson Model 733, .32 caliber revolver bearing serial number AG1298, and associated ammunition.

      e.    a Smith & Wesson Model M&P9, 9 millimeter semi-automatic pistol, bearing serial number HKF0437, and associated ammunition.

      f.    a Imez Model IJ70-18A, 9 millimeter semi-automatic pistol, bearing serial number J051952, and associated ammunition.

    g.  a Smith & Wesson Model M&P 40 Shield, .40 semi-automatic pistol, bearing serial number HLF3417, and associated ammunition.

    h.  a Springfield Armory Model XD9, 9 millimeter semi-automatic pistol, bearing serial number MG439558, and associated ammunition.

    A TRUE BILL:

_____
FOREPERSON

_____
Signed by Erika Csicsila on behalf of the
UNITED STATES ATTORNEY