

FILED

SEP 25 2023

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CARLOS JAMES,<br>   a/k/a "Los" a/k/a "Lo"<br>   a/k/a "Birdman";<br>SAMUEL BROOKS,<br>   a/k/a "Sam" a/k/a "Sammy";<br>DONALD WILLIAMS,<br>   a/k/a "Trump";<br>DAVID LAMB,<br>   a/k/a "Little Dave";<br>FELICIA SINGLETON,<br>   a/k/a "C" a/k/a "CC";<br>THOMAS BIRT,<br>   a/k/a "Tommy";<br>AVIS KNIGHT; and<br>HAYDEE ~~GLENDA~~ CANO | Case No. 22 CR 516<br><br>Violations: Title 21, United States Code, Sections 841(a)(1) and 846; and Title 18, United States Code, Sections 2, 922(g)(1), 924(c)(1)(A), and 1343<br><br><u>Superseding Indictment</u><br><br>**1:22-cr-00516**<br>Judge John F. Kness<br>Magistrate Beth W. Jantz |

## COUNT ONE

The SPECIAL MAY 2022 GRAND JURY charges:

1.    Beginning no later than on or about April 7, 2021, and continuing until on or about October 19, 2022 at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

CARLOS JAMES,
a/k/a "Los" a/k/a "Lo" a/k/a "Birdman";
SAMUEL BROOKS,
a/k/a "Sam" a/k/a "Sammy";
DONALD WILLIAMS,
a/k/a "Trump";
DAVID LAMB,
a/k/a "Little Dave";
FELICIA SINGLETON,
a/k/a "C" a/k/a "CC";

THOMAS BIRT,
a/k/a "Tommy";
AVIS KNIGHT, and
HAYDEE ~~GLENDA~~ CANO,

defendants herein, did conspire with each other and with others known and unknown to the Grand Jury, to knowingly and intentionally possess with intent to distribute and distribute a controlled substance, namely, a quantity of a mixture and substance containing a detectable amount of fentanyl (N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide), a Schedule II Controlled Substance; a quantity of a mixture and substance containing a detectable amount of heroin, a Schedule I Controlled Substance; and a quantity of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1);

In violation of Title 21, United States Code, Section 846.

2. With respect to CARLOS JAMES and SAMUEL BROOKS, the offense involved 400 grams or more of a mixture and substance containing a detectable amount of fentanyl (N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide), a Schedule II Controlled Substance, and one kilogram or more of a mixture and substance containing a detectable amount of heroin, a Schedule I Controlled Substance.

## COUNT TWO

The SPECIAL MAY 2022 GRAND JURY further charges:

On or about September 16, 2021, at Chicago, in the Northern District of Illinois, Eastern Division,

> CARLOS JAMES,
> a/k/a "Los," a/k/a "Los" a/k/a "Birdman"; and
> SAMUEL BROOKS,
> a/k/a "Sam" or "Sammy", and
> THOMAS BIRT,
> a/k/a "Tommy",

did knowingly and intentionally distribute a controlled substance, namely, a quantity of a mixture and substance containing a detectable amount of fentanyl (N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide), a Schedule II Controlled Substance; a quantity of a mixture and substance containing a detectable amount of heroin, a Schedule I Controlled Substance; and a quantity of a mixture and substance containing a detectable amount of cocaine base, a Schedule II Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## COUNTS THREE AND FOUR

The SPECIAL MAY 2022 GRAND JURY further charges:

On or about the dates listed below, at Chicago, in the Northern District of Illinois, Eastern Division,

CARLOS JAMES,
a/k/a "Los," a/k/a "Los" a/k/a "Birdman"; and
SAMUEL BROOKS,
a/k/a "Sam" or "Sammy",

defendants herein, did knowingly and intentionally distribute a controlled substance, namely, a quantity of a mixture and substance containing a detectable amount of fentanyl (N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide), a Schedule II Controlled Substance; and a quantity of a mixture and substance containing a detectable amount of heroin, a Schedule I Controlled Substance, each such instance being a separate Count of this Indictment:

| COUNT | DATE |
|-------|------|
| 3 | November 9, 2021 |
| 4 | January 4, 2022 |

In violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

4

## COUNT FIVE

The SPECIAL MAY 2022 GRAND JURY further charges:

On or about February 7, 2022, at Chicago, in the Northern District of Illinois, Eastern Division,

> CARLOS JAMES,
> a/k/a "Los," a/k/a "Los" a/k/a "Birdman"; and
> SAMUEL BROOKS,
> a/k/a "Sam" or "Sammy",

defendants herein, did knowingly and intentionally distribute a controlled substance, namely, a quantity of a mixture and substance containing a detectable amount of fentanyl (N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide), a Schedule II Controlled Substance; and a quantity of a mixture and substance containing a detectable amount of heroin, a Schedule I Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## COUNT SIX

The SPECIAL MAY 2022 GRAND JURY further charges:

1.  On or about August 31, 2022, at Chicago, in the Northern District of Illinois, Eastern Division,

> SAMUEL BROOKS,
> a/k/a "Sam" or "Sammy", and
> HAYDEE ~~GLENDA~~ CANO,

defendants herein, did knowingly and intentionally possess with intent to distribute a controlled substance, namely, a quantity of a mixture and substance containing a detectable amount of fentanyl (N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide), a Schedule II Controlled Substance; a quantity of a mixture and substance containing a detectable amount of heroin, a Schedule I Controlled Substance; and a quantity of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1);

In violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

2.  With respect to SAMUEL BROOKS, the offense involved 40 grams or more of a mixture and substance containing a detectable amount of fentanyl (N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide), a Schedule II Controlled Substance, and 100 grams or more of a mixture and substance containing a detectable amount of heroin, a Schedule I Controlled Substance.

## COUNT SEVEN

The SPECIAL MAY 2022 GRAND JURY further charges:

On or about August 31, 2022, at Chicago, in the Northern District of Illinois, Eastern Division,

SAMUEL BROOKS,
a/k/a "Sam" or "Sammy",

defendant herein, knowing that he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess, in and affecting interstate and foreign commerce, a firearm, namely, a loaded Glock Model 22, .40 caliber semi-automatic pistol bearing serial number AARN333, a loaded Smith & Wesson Model 27, .357 magnum revolver bearing serial number BET9680, a loaded Smith & Wesson Model 33, .38 caliber revolver bearing serial number 37894, and a loaded Harrington and Richardson Model 733, .32 caliber revolver bearing serial number AG1298, in furtherance of a drug trafficking crime for which defendant may be prosecuted in a court of the United States, namely, knowingly and intentionally possessing with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), as charged in Count Six of this Indictment;

In violation of Title 18, United States Code, Section 924(c)(1)(A).

## COUNT EIGHT

The SPECIAL MAY 2022 GRAND JURY further charges:

On or about August 31, 2022, at Chicago, in the Northern District of Illinois, Eastern Division,

SAMUEL BROOKS,
a/k/a "Sam" or "Sammy",

defendant herein, knowing that he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess, in and affecting interstate and foreign commerce, a firearm, namely, a loaded Glock Model 22, .40 caliber semi-automatic pistol bearing serial number AARN333, a loaded Smith & Wesson Model 27, .357 magnum revolver bearing serial number BET9680, a loaded Smith & Wesson Model 33, .38 caliber revolver bearing serial number 37894, and a loaded Harrington and Richardson Model 733, .32 caliber revolver bearing serial number AG1298, which firearm had traveled in interstate and foreign commerce prior to the defendant's possession of the firearm;

In violation of Title 18, United States Code, Section 922(g)(1).

## COUNT NINE

The SPECIAL MAY 2022 GRAND JURY further charges:

On or about October 18, 2022, at Chicago, in the Northern District of Illinois, Eastern Division,

>DONALD WILLIAMS,
>a/k/a "Trump",

did knowingly and intentionally possess with intent to distribute a controlled substance, namely, and a quantity of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## COUNT TEN

The SPECIAL MAY 2022 GRAND JURY further charges:

On or about October 18, 2022, at Chicago, in the Northern District of Illinois, Eastern Division,

DONALD WILLIAMS,
a/k/a "Trump",

defendant herein, did knowingly possess a firearm, namely, a loaded Springfield Armory Model XD9, nine-millimeter semi-automatic pistol, bearing serial number MG439558, in furtherance of a drug trafficking crime for which defendant may be prosecuted in a court of the United States, namely, possession with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), as charged in Count Nine of this Indictment;

In violation of Title 18, United States Code, Section 924(c)(1)(A).

## COUNT ELEVEN

The SPECIAL MAY 2022 GRAND JURY further charges:

On or about October 18, 2022, at Chicago, in the Northern District of Illinois, Eastern Division,

DONALD WILLIAMS,
a/k/a "Trump",

defendant herein, knowing that he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess, in and affecting interstate and foreign commerce, a firearm, namely, a loaded Springfield Armory Model XD9, 9 millimeter semi-automatic pistol, bearing serial number MG439558, which firearm had traveled in interstate and foreign commerce prior to the defendant's possession of the firearm;

In violation of Title 18, United States Code, Section 922(g)(1).

## COUNT TWELVE

The SPECIAL MAY 2022 GRAND JURY further charges:

On or about October 18, 2022, at Chicago, in the Northern District of Illinois, Eastern Division,

CARLOS JAMES,
a/k/a "Los," a/k/a "Los" a/k/a "Birdman",

defendant herein, did knowingly and intentionally possess with intent to distribute a controlled substance, namely, 40 grams or more of a mixture and substance containing a detectable amount of fentanyl (N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide), a Schedule II Controlled Substance, and 100 grams or more of a mixture and substance containing a detectable amount of heroin, a Schedule I Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT THIRTEEN

The SPECIAL MAY 2022 GRAND JURY further charges:

On or about October 18, 2022, at Chicago, in the Northern District of Illinois, Eastern Division,

CARLOS JAMES,
a/k/a "Los," a/k/a "Los" a/k/a "Birdman",

defendant herein, did knowingly possess a firearm, namely, a loaded Smith & Wesson Model M&P9, 9 millimeter semi-automatic pistol, bearing serial number HKF0437, a loaded Imez Model IJ70-18A, 9 millimeter semi-automatic pistol, bearing serial number J051952, and a loaded Smith & Wesson Model M&P 40 Shield, .40 semi-automatic pistol, bearing serial number HLF3417, in furtherance of a drug trafficking crime for which defendant may be prosecuted in a court of the United States, namely, possession with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), as charged in Count Twelve of this Indictment;

In violation of Title 18, United States Code, Section 924(c)(1)(A).

## COUNT FOURTEEN

The SPECIAL MAY 2022 GRAND JURY further charges:

On or about October 18, 2022, at Chicago, in the Northern District of Illinois, Eastern Division,

CARLOS JAMES,<br>
a/k/a "Los" a/k/a "Lo" a/k/a "Birdman",

defendant herein, knowing that he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess, in and affecting interstate and foreign commerce, a firearm, namely, a loaded Smith & Wesson Model M&P9, 9 millimeter semi-automatic pistol, bearing serial number HKF0437, a loaded Imez Model IJ70-18A, 9 millimeter semi-automatic pistol, bearing serial number J051952, and a loaded Smith & Wesson Model M&P 40 Shield, .40 semi-automatic pistol, bearing serial number HLF3417, which firearm had traveled in interstate and foreign commerce prior to the defendant's possession of the firearm;

In violation of Title 18, United States Code, Section 922(g)(1).

## COUNT FIFTEEN

The SPECIAL MAY 2022 GRAND JURY further charges:

1. At times material to this Indictment:

   a. CARLOS JAMES, a/k/a "Los" a/k/a "Lo" a/k/a "Birdman", was a resident of Chicago, Illinois.

   b. Dealership A was an automobile dealership located in Joliet, Illinois.

   c. Dealertrack, Inc. ("Dealertrack") was an internet-based computer system that car dealerships, including Dealership A, used to submit loan applications online through Dealertrack's computer servers in Piscataway, New Jersey, which loan applications were forwarded to consumer finance companies.

   d. Santander Consumer USA, Inc. ("Santander") is a consumer finance company that finances motor vehicle loans.

   e. Lenders, including Santander, required applicants for motor vehicle loans to provide truthful information, including truthful information about the applicant's financial condition, employment, and income, which information was material to lenders' approval, terms, and funding of loans.

2. Between about April 2021 and October 2022, in the Northern District of Illinois, Eastern Division, and elsewhere,

CARLOS JAMES,
a/k/a "Los" a/k/a "Lo" a/k/a "Birdman",

defendant herein, and others known and unknown to the grand jury, devised, intended to devise, and participated in a scheme to defraud lenders to obtain their

15

money and property by means of materially false and fraudulent pretenses, representations, and promises, and by concealment of material facts, which scheme is further described below.

3. It was part of the scheme that defendant CARLOS JAMES caused to be prepared and submitted to lenders a loan application for a Cadillac CTS bearing registration CT95727 and VIN number 1G6AX5SS8H0172738 (the "Cadillac") that defendant CARLOS JAMES knew contained false and fraudulent information about his qualifications for a motor vehicle loan, including false and fraudulent information about his employment and income.

4. It was further part of the scheme that defendant CARLOS JAMES caused to be prepared false and fraudulent documents, including false and fraudulent bank statements, knowing that the bank statements would be submitted in support of a credit application for a motor vehicle loan.

5. It was further part of the scheme that defendant CARLOS JAMES engaged in financial transactions to make payments towards a motor vehicle loan balance that were designed in whole and in part to conceal and disguise the nature, source, ownership, and control of the proceeds, and that while conducting such financial transactions, knew that the property involved in the financial transaction represented the proceeds of some form of unlawful activity.

6. It was further part of the scheme that defendant CARLOS JAMES did misrepresent, conceal, and hide, and caused to be misrepresented, concealed, and hidden, acts done in furtherance of the scheme and the purpose of those acts.

7.  On or about April 16, 2021, at Joliet, in the Northern District of Illinois, Eastern Division, and elsewhere,

**CARLOS JAMES,**
a/k/a "Los" a/k/a "Lo" a/k/a "Birdman",

defendant herein, for the purpose of executing the aforesaid scheme, knowingly caused to be transmitted in interstate commerce, by means of wire communications, certain writings, signs, and signals, namely, an internet transmission from Dealership A in Joliet, Illinois to Piscataway, New Jersey, for the purpose of submitting a credit application for a motor vehicle loan in the name of defendant CARLOS JAMES;

In violation of Title 18, United States Code, Section 1343.

## **FORFEITURE ALLEGATION**

The SPECIAL MAY 2022 GRAND JURY further alleges:

1. Upon conviction of an offense in violation of Title 21, United States Code, Sections 841 and 846, as set forth in this Indictment, defendant shall forfeit to the United States of America any property which constitutes and is derived from proceeds obtained, directly and indirectly, as a result of the offense; and any property used, and intended to be used, in any manner and part, to commit and facilitate commission of the offense, as provided in Title 21, United States Code, Sections 853(a).

2. Upon conviction of an offense in violation of Title 18, United States Code, Section 922(g), as set forth in this Indictment, defendant shall forfeit to the United States of America any firearms and ammunition involved in and used in the offense, as provided in Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

3. Upon conviction of a violation of Title 18, United States Code, Section 1343, as set forth in this Indictment, the defendant shall forfeit all of his right, title and interest to the United States, in any property, real or personal, involved in such violation, or in any property traceable to such property, pursuant to Title 18, United States Code, 982(a)(1).

4. Upon conviction of a violation of Title 18, United States Code, Section 1956, as set forth in this Indictment, the defendant shall forfeit all of his right, title and interest to the United States, in any property, real or personal, involved in such violation, or in any property traceable to such property, pursuant to Title 18, United

States Code, 982(a)(1).

5. The property to be forfeited includes, but is not limited to:

a. a 2018 silver Volvo with Illinois license plate number DF23860 and bearing VIN number LYV402TK9JB173501.

b. approximately $12,572 in United States currency seized from 1700 North Mango Avenue, Basement Unit, in Chicago on or about August 31, 2022.

c. approximately $28,171 in United States currency seized from 1644 North Mayfield Avenue, Unit 2, in Chicago on or about October 18, 2022.

d. Glock Model 22, .40 caliber semi-automatic pistol bearing serial number AARN333, and associated ammunition.

e. a Smith & Wesson Model 27, .357 magnum revolver bearing serial number BET9680, and associated ammunition.

f. a Smith & Wesson Model 33, .38 caliber revolver bearing serial number 37894, and associated ammunition.

g. a Harrington and Richardson Model 733, .32 caliber revolver bearing serial number AG1298, and associated ammunition.

h. a Smith & Wesson Model M&P9, 9 millimeter semi-automatic pistol, bearing serial number HKF0437, and associated ammunition.

i. an Imez Model IJ70-18A, 9 millimeter semi-automatic pistol, bearing serial number J051952, and associated ammunition.

j.  a Smith & Wesson Model M&P 40 Shield, .40 semi-automatic pistol, bearing serial number HLF3417, and associated ammunition.

k.  a Springfield Armory Model XD9, 9 millimeter semi-automatic pistol, bearing serial number MG439558, and associated ammunition.

A TRUE BILL:

_____
FOREPERSON

_____
Signed by Erika Csicsila on behalf of the
UNITED STATES ATTORNEY